UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL INSURANCE, COMPANY,<br><br>          Plaintiff,<br><br>    vs.<br><br>SOILS ENGINEERING, INC., et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 13-0610 LJO JLT<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 12.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.   DISMISSES with prejudice this entire action and all claims;

2.   VACATES all pending dates and matters; and

3.   DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **November 7, 2013**              /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1