UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED NATIONAL INSURANCE, COMPANY,

                  Plaintiff,

    vs.

SOILS ENGINEERING, INC., et al.,

                  Defendants.

_____/

CASE NO. CV F 13-0610 LJO JLT

**ORDER TO DISMISS AND CLOSE ACTION**
(Doc. 12.)

    Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:  **November 7, 2013**           **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

1